In the Matter of TRISTEN O. and Others, Infants. SHANEE S., Appellant; COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES OF THE CITY OF NEW YORK, Respondent, et al., Respondent.

Submitted March 9, 2015; decided May 7, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

RICHARD WYSONG, Appellant, v FARM FAMILY CASUALTY INSURANCE COMPANY et al., Respondents.

Submitted March 9, 2015; decided May 7, 2015

Motion for reargument of motion for leave to appeal denied [see 24 NY3d 1204 (2015)].

Judges STEIN and FAHEY taking no part.